**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Azikiwe Clark

Appellate case number:   01-13-00671-CV

Trial court case number:  1029584

Trial court:              Co Civil Ct at Law No 4 of Harris County

Date motion filed:        October 15, 2013

Party filing motion:      Relator

      It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle


Date:  November 21, 2013